(March 22, 1939.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE BENNETT, Appellant.— Motion to have counsel assigned, denied. Motion for permission to appeal on typewritten papers, granted. Hill, P. J., Rhodes, Bliss and Heffernan,

JJ., concur; Crapser, J., dissents to the granting of permission to appeal on type-written papers on the ground that no notice of appeal has been filed, and no proper appeal is pending; but concurs in denial of motion to have counsel assigned.